**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JD AUTO CORP. d/b/a VIVA AUTO GROUP,** | § § § | |
| **Plaintiff,** | § § | **EP-23-CV-00125-FM** |
| **v.** | § § | |
| **WARRANTY PROCESSING, INC.,** | § § § | |
| **Defendant.** | | |

## FINAL JUDGMENT AND DISMISSAL

Before the court is the Parties "Joint Stipulation of Voluntary Dismissal Without Prejudice" [ECF No. 4], filed April 12, 2023, by Plaintiff JD Auto Corp. and Defendant, Warranty Processing, Inc. Parties may voluntarily dismiss an action without a court order by "a stipulation of dismissal signed by all parties who have appeared."[1] All parties have signed on to this joint stipulation for dismissal. Accordingly, the court enters the following orders:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITHOUT PREJUDICE.**

2. All pending motions, if any, are **DENIED AS MOOT.**

3. The Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

**SIGNED AND ENTERED** this _13_ day of **April 2023.**

_____
**FRANK MONTALVO**
**SENIOR UNITED STATES DISTRICT JUDGE**

---

[1] FED. R. CIV. P. 41(a)(1)(A)(ii).

1